ALAN ADELMAN, ESQ.   BAR NO:  170860
LAW OFFICES OF ALAN ADELMAN
44 Montgomery Street, Suite 3340
San Francisco, California  94104
Telephone:  (415) 956-1376
Facsimile:  (415) 358-4060

Attorney for Plaintiff
TAMARA HILL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA HILL, | **CASE NUMBER:** 18-cv-07679-EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| FEED XYZ, INC., | |
| Defendant. | |

WHEREAS the parties to this action, and each of them, have fully and finally resolved all issues set forth in this case.

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that this lawsuit is hereby dismissed with prejudice in its entirety.

Dated: May 28, 2019                                          LAW OFFICES OF ALAN ADELMAN

                                                             By:    /s/   Alan Adelman
                                                                    Attorney for Plaintiff
                                                                    TAMARA HILL

Dated: May 28, 2019                                          BARKHORDIARIAN LAW FIRM, PLC

                                                             By:    /s/

**STIPULATION OF DISMISSAL**
**CASE NUMBER: 18-cv-07679-EMC**

Dated: 5/30/2019

GRANTED
Judge Edward M. Chen